UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN PANARESE and LUIS LICEA,

                Plaintiffs,

      -against-

T3 MICRO, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 26 2019 ★

LONG ISLAND OFFICE

Civil Action No. 2:19-cv-3186

STIPULATION AND ORDER OF
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, discontinued in its entirety, with prejudice, against defendant T3 Micro, Inc., without fees or costs against either party. It is specifically agreed that a facsimile copy of this Stipulation shall be as good and binding upon the parties as an original.

Dated: New York, New York
       July 25, 2019

STRELKA LAW OFFICE, PC

By: _____
Jacqueline E. Browder, Esq. (NY 4585584)
11 Broadway, Suite 615
New York, NY 10004
540-283-0802
*Attorney for Plaintiffs*

O'HAGAN MEYER LLC

By: _____
Ryan T. Benson
One E Wacker, Suite 3400
Chicago, IL 60601
(312) 422-6138
*Attorneys for Defendant*

The Case is closed.

SO ORDERED on ____July 26th____, 2019:

   s/ Sandra J. Feuerstein
   U.S.D.J.
Sandra J. Feuerstein